# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDIONET, LLC, and BRAEMAR MANUFACTURING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INFOBIONIC, INC.,<br><br>Defendant. | Civil Action No. 17-cv-10445-IT<br><br>Hon. Indira Talwani |

## JOINT SUBMISSION OF THE PARTIES' PROPOSED SCHEDULE

Plaintiffs CardioNet, LLC and Braemar Manufacturing, LLC and Defendant InfoBionic, Inc. respectfully jointly submit the attached updated proposed schedule (Exhibit A), which reflects the Court's oral rulings at the August 11, 2020 Scheduling Conference.

Dated: August 14, 2020

By: /s/ *Charles H. Sanders*
Charles H. Sanders (BBO #646740)
charles.sanders@lw.com
Christopher W. Henry (BBO #676033)
christopher.henry@lw.com
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-0622; Fax: (617) 948-6001

Maximilian A. Grant (*pro hac vice*)
max.grant@lw.com
Gabriel K. Bell (*pro hac vice*)
gabriel.bell@lw.com
Diane E. Ghrist (*pro hac vice*)
diane.ghrist@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004

By: /s/ *Bradford J. Badke*
Bradford J. Badke (*pro hac vice*)
jbadke@sidley.com
Ching-Lee Fukuda (*pro hac vice*)
clfukuda@sidley.com
Todd M. Simpson (*pro hac vice*)
tsimpson@sidley.com
Sharon Lee (*pro hac vice*)
sharon.lee@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839 5300

Jack Pirozzolo (BBO # 564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223 0300

Tel: (202) 637-2200; Fax: (202) 637-2201

Brenda L. Danek (*pro hac vice*)
brenda.danek@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700; Fax: (312) 993-9767

*Counsel for Defendant InfoBionic, Inc.*

Nathan A. Greenblatt (*pro hac vice*)
ngreenblatt@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
(650) 565-7107

*Counsel for Plaintiffs CardioNet, LLC and Braemar Manufacturing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party via the Court's CM/ECF filing system.

/s/ *Bradford J. Badke*
Bradford J. Badke